```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

BRENDAN M. McGUINNESS,    )
                          )
        Plaintiff,        )
                          )   C.A. 05-10426-REK
    v.                    )
                          )
KATHLEEN M. DENNEHY, et al., )
                          )
        Defendants.       )

ORDER OF DISMISSAL

KEETON, S.D.J.

In accordance with this Court's Memorandum and Order dated June 28,2005, it is ORDERED that the within action be, and it hereby is, dismissed without prejudice.

By the Court,

Date:June 29, 2005         /s/ Karen Folan
                           Deputy Clerk